IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORP.,

    Plaintiff,                    No. 2:11-cv-2265-KJM-JFM

    vs.

KATHLEEN M. BLACK,

    Defendant.                  <u>ORDER</u>

          Plaintiff has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

          Accordingly, IT IS HEREBY ORDERED that:

          1. The January 5, 2012 hearing is vacated;

          2. Plaintiff's November 4, 2011 motion for default judgment is denied; and

          3. This action is dismissed.

DATED: January 4, 2012.

                                      UNITED STATES MAGISTRATE JUDGE

/014;hica2265.59